■ In the Matter of MICHAEL JORGENSEN, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [37 NYS3d 721]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

McCarthy, J.P., Egan Jr., Devine, Clark and Aarons, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.